UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-09614 |
| JOSEPH T GATTON, | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

THIS CAUSE coming to be heard on the Motion of the Movant, Nationstar
Mortgage LLC d/b/a Mr. Cooper, the Court having jurisdiction and being advised in
the premises, and due notice having been given:
IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent
necessary to allow Nationstar Mortgage LLC d/b/a Mr. Cooper to foreclose the
mortgage or, in its sole discretion, to accept a short sale or deed in lieu of
foreclosure on the property located at: 5323 North Kenmore Avenue, Unit 3B,
Chicago, IL 60640.
2. That any claims or stipulations previously filed providing for the payment of
current mortgage payments or for the payment of pre-petition arrearages to
Nationstar Mortgage LLC d/b/a Mr. Cooper in connection with the subject real
property are withdrawn as to any unpaid portion thereof for the purposes of these
proceedings only.
3. That Federal Bankruptcy Rule 4001(a)(3) is not applicable and Nationstar
Mortgage LLC d/b/a Mr. Cooper may immediately implement and enforce this order
granting relief from the automatic stay.

Enter: _____

Timothy A. Barnes

United States Bankruptcy Judge

Dated:

Prepared by: NOV 7 - 2018

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-082948